UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON BAKER,<br><br>        Plaintiff,<br><br>  v.<br><br>SACRAMENTO METROPOLITAN FIRE DISTRICT,<br><br>        Defendant*. | No. 2:12-cv-02925-GEB-AC<br><br>**ORDER AMENDING THE STATUS (PRETRIAL SCHEDULING) ORDER** |

Pursuant to the parties' Stipulation to Adjust Pre-Trial Scheduling Order, (ECF No. 16), the Status (Pretrial Scheduling) Order is amended as follows:

All discovery shall be completed by November 21, 2014; each party shall comply with Federal Rule of Civil Procedure 26(a)(2)(B) and (C)'s initial expert witness disclosure requirements on or before August 31, 2014, and any contradictory and/or rebuttal expert disclosure authorized under Rule 26(a)(2)(D)(ii) on or before September 22, 2014; the last hearing date for motions shall be December 15, 2014, commencing at 9:00 a.m.; the final pretrial conference is set for February 23, 2015,

---

* The caption has been amended according to the automatic dismissal of Doe defendants prescribed in the May 3, 2013 Status (Pretrial Scheduling) Order. (ECF No. 15, 1:25-27.)

1

1  at 2:30 p.m. in courtroom 10; and trial commences at 9:00 a.m. on
2  April 6, 2015, in courtroom 10.
3  Dated:  May 5, 2014

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    Senior United States District Judge